IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENELOPE KONTOULIS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-3864 |
| ENCLARA PHARMACIA, INC., et al., | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 28th day of October, 2020, upon consideration of Defendants Enclara Pharmacia, Inc. and Diane Perrymore's Motion for Summary Judgment (Doc. No. 37), and the briefing in support thereof and in opposition thereto, it is hereby **ORDERED** that:

1. Defendants' Motion is **GRANTED** and judgment is entered against Plaintiff and in favor of Defendants.
2. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE